UNITED STATES of America, Plaintiff–Appellee

v.

Jose Luis GONZALEZ–GONZALEZ, Defendant–Appellant.

No. 09–50761

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 30, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jacques Lawrence De La Mota, Delamota & Company Ltd., Del Rio, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jose Luis Gonzalez–Gonzalez appeals from the sentence imposed for his guilty plea conviction for being an alien found in the United States after having been previously removed. Gonzalez argues that the imposed sentence is unreasonable because the district court failed to provide an adequate explanation for the sentence and because it was greater than necessary.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the transcript shows that the district court's explanation supporting the imposed sentence was adequate. *See Rita v. United States,* 551 U.S. 338, 351, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007). Moreover, Gonzalez has failed to overcome the presumption of reasonableness afforded to his within-guidelines sentence. *See United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006).

The district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.